

# CHARLES E. BOULBOL, P.C.
ATTORNEY AT LAW
26 BROADWAY
17TH FLOOR
NEW YORK, NEW YORK 10004
E-mail:rtrack@msn.com

MEMBER  
NY & NJ BARS

TEL: (212) 825-9457  
FAX: (212) 825-9414

**VIA ECF and to FaillaNYSDChambers@nysd.uscourts.gov**

February 5, 2020

Hon. Katherine Polk Failla  
United States District Court for the  
Southern District of New York  
40 Foley Square, Room 2103  
New York, New York 10007

                Re:    Gomez v. Est Restaurant Corp  
      Civil Action No.:    19-CV-11362 (KPF)

### Request for Adjournment

Dear Judge Failla:

      I represent Defendant Est Restaurant Corp. in this case. I am writing to request an extension of my client's time to answer the Complaint until March 1, 2020 and to adjourn the Initial Pre-Trial Conference set for February 19, 2020.

      I have spoken with Plaintiff's counsel and she consents to this application. I am also pleased to advise the Court that Plaintiff's counsel and I plan to amicably settle this case in prompt fashion.

      Should Your Honor have any questions or comments please let me know. Thank you for your consideration.

                                        Respectfully submitted,

                                        Charles E. Boulbol

CEB:emb

cc: Maria Costanza Barducci (via email and ECF)

Application GRANTED. Defendant Est Restaurant Corp. hereby has until March 1, 2020. The initial pretrial conference previously scheduled for February 19, 2020 is hereby ADJOURNED to **March 17, 2020, at 10:30 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

Dated: February 5, 2020
      New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE